IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SETH J. HESTON, | ) | 8:14CV330 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| LANCASTER COUNTY | ) | |
| DEPARTMENT OF CORRECTIONS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on its own motion. When Plaintiff filed his Complaint in this matter he was incarcerated at the Lancaster County Jail in Lincoln, Nebraska. Correspondence from officials at the Lancaster County Jail reflects that Plaintiff is no longer incarcerated there. (*See* Filing No. 8.) Plaintiff has an obligation to keep the court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1.      Plaintiff shall have 14 days from the date of this Memorandum and Order to apprise the court of his current address in the absence of which this matter will be dismissed without further notice to Plaintiff.

2.      The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: December 26, 2014: check for address.

DATED this 10th day of December, 2014.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.